```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROMAINE MCDANIEL,                        :
                                         :
                      Plaintiff,         :    23cv07859 (DLC)
         -v-                             :
                                         :         ORDER
SCOTCH & SODA USA et al,                 :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on February 23, 2024, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **March 4, 2024** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **March 22, 2024** at **1:30 pm** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         February 26, 2024

                                         _____
                                                 DENISE COTE
                                         United States District Judge