```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
Romaine McDaniel,                    :
                    Plaintiff,       :
                                     :
        -v-                          :     23cv7859 (DLC)
                                     :
Scotch & Soda USA et. al.,           :        ORDER
                                     :
                    Defendants.      :
                                     :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the default hearing held on March 26, 2024, it is hereby

ORDERED that default is entered in favor of the plaintiff and against defendants Scotch & Soda Retail LLC and Scotch & Soda LLC.

IT IS FURTHER ORDERED that the case is referred to Magistrate Judge Jennifer E. Willis for an inquest on damages.

Dated:   New York, New York
         March 26, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge