UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMAINE MCDANIEL,<br><br>               Plaintiff,<br><br> -against-<br><br>SCOTCH & SODA USA, et al.,<br><br>              Defendants. | 23-CV-07859 (DLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an undocketed communication from Plaintiff Romaine McDaniel, which is attached as Exhibit A to this Order. Plaintiff is reminded that all letters must be filed on the docket.

      It is my practice to handle damages inquests in the order in which the references were received.

DATED:  July 11, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

| | |
|---|---|
| **From:** | Romaine McDaniel |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | Case#: 1:23-cv-07859 |
| **Date:** | Wednesday, July 10, 2024 12:19:31 AM |

CAUTION - EXTERNAL:

Hi Magistrate Judge Robyn F. Tarnofsky,

I hope you are having a wonderful day and week so far.

My name is Romaine McDaniel.

On 3/26/24 the case has been referred over to you to conduct an inquest to determine the appropriate damages. All the documentation was provided and affidavit of service was provided as ordered on 4/15/24.

Since then, there has been no updates on this case. I just wish to have this resolved sooner than later. Since as I am in a full time student in the nursing program at LIU and soon I'll will be back in school for the fall. I would rather have a clear mind to focus on my studies and I wish to have a sense of relief that this case is put to rest.

If possible, please would you be kind enough to review this case.

Romaine M
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.