UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMAINE MCDANIEL<br><br>                    Plaintiff,<br><br>-v-<br><br>SCOTCH & SODA RETAIL, LLC, AND SCOTCH & SODA, LLC.,<br><br>                    Defendant. | CIVIL ACTION NO. 23 Civ. 7859 (DLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 22, 2024, I issued a Report and Recommendation in this matter. (ECF 43.) There is no indication on the docket that Plaintiff has served the Report and Recommendation on Defendants. If Plaintiff has already served the Report and Recommendation on Defendants, Plaintiff shall file proof of service on the docket by **December 4, 2024**. If Plaintiff has not already served the Report and Recommendation on Defendants, Plaintiff shall serve this Order and the Report and Recommendation on Defendants no later than **December 6, 2024**, and Plaintiff shall file proof of service on the docket on the same date. Service shall be made by registered mail at Defendants' principal place of business, identified in the Complaint as 37 East 18th Street, 10th Floor, New York, New York 10003 (ECF 1), and by email to any email addresses used by Defendants and known to Plaintiff.

The time for Defendants to file objections, if any, to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure is extended until fourteen days (including weekends and holidays) after service of the Report and Recommendation on Defendants. (*See* ECF 43 at 44.) Any request for a further extension

of this deadline should be addressed to Judge Cote.

DATED: December 3, 2024
New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge