**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROMAINE MCDANIEL,

                Plaintiff,                                      23 **CIVIL** 7859 (DLC)

       -against-                                      **JUDGMENT**

SCOTCH & SODA RETAIL LLC and
SCOTCH & SODA LLC,
                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2025, the November 22 Report is adopted in its entirety. Judgment is entered against defendants Scotch & Soda Retail, LLC and Scotch & Soda LLC for $3,520 in back pay, $30,000 in emotional distress damages, $11,130 in attorneys' fees, $1,112 in costs, and post-judgment interest.

**Dated:**  New York, New York
           February 5, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                  **BY:**       K. Mango

                                                           **Deputy Clerk**